IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TINA MICHELLE HEARN,

Appellant,

v.

TAMMY DIANE NELSON,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3319

_____/

Opinion filed December 8, 2015.

An appeal from the Circuit Court for Santa Rosa County.
Marci L. Goodman, Judge.

Tina Michelle Hearn, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

    AFFIRMED.

ROBERTS, C.J., MARSTILLER and MAKAR, JJ., CONCUR.